IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA HARRIS | : | CIVIL ACTION |
| v. | : | |
| THE PHILADELPHIA POLICE DEPARTMENT, et al. | : | NO. 06-2192 |

## **O R D E R**

AND NOW, this 13th day of September, 2006, IT IS HEREBY NOTED that during the telephone conference on September 12, 2006:

1. Craig Straw, Esq., appeared for the City in view of the fact that Jeffrey S. Simons, Esq., is on trial.

2. Christina Harris appeared Pro Se and stated that her correct address is "2349 North 25th Street, Philadelphia, PA 19132," that her telephone number is 215-229-2727, and that her cell phone number is 267-262-4483.

3. Prior attempts to reach Ms. Harris were unsuccessful because her address had not accurately been supplied to the Clerk's Office; and

4. Although Ms. Harris stated that she would be represented in this matter by Anthony Johnson, Esq., he has not entered an appearance for her.

IT IS THEREFORE ORDERED that:

1. On or before September 20, 2006, by filing a statement with the Clerk of Court, Ms. Harris will provide to me and to counsel for the defendants, Jeffrey S. Simons, Esq., City of Philadelphia Law Department, 1515 Arch Street, Philadelphia, PA 19102, 215-683-5434, the time or times she can best be reached by telephone and her fax number if she has one.

2. On or before September 25, 2006, Ms. Harris and counsel for the defendant shall provide to me and to each other by filing with the Clerk of Court:

    (a) the name of every person known who has any information concerning the events in question;

    (b) all documents that will be used to support or defend any issue concerning the events in question;

    (c) a detailed list and computation that maybe used to support or defend plaintiff's claim for damages;

    (d) a copy of any internal police department record, administrative proceeding or criminal proceedings pertaining to or arising out of the events in question.

IT IS FURTHER ORDERED that on or before October 2, 2006, Ms. Harris and counsel for the defendants will submit to me by filing with the Clerk of Court, their proposed plan for the conduct of pretrial proceedings, in which, with specificity, they will state the names of each witness to be deposed, with a proposed date for that deposition, a time for the submission and answer to any interrogatories and, a time for the submission of any expert report.

IT IS FURTHER ORDERED that on October 10, 2006, at 10:00 am, counsel for the defendants, Mr. Simons, will initiate a telephone conference call so that I can discuss with Ms. Harris and with him the completion of discovery, whether a settlement conference will be productive, and trial preparations.

IT IS FINALLY ORDERED that Ms. Harris shall contact Anthony Johnson, Esq. promptly so that he will enter his appearance for her if he intends to do so. If he does enter such an appearance, he will contact Mr. Simons and me promptly so that he can then take on the responsibility of pretrial preparations.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., S.J.