IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINA HARRIS                           :        CIVIL ACTION
                                           :
        vs.                                :
                                           :        NO. 06-2192
THE PHILADELPHIA POLICE DEPARTMENT
ET AL.

## O R D E R

**AND NOW, TO WIT:** This 25th day of January, 2008, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                    **MICHAEL E. KUNZ**, Clerk of Court


                    **BY:**   S/ Stephen J. Iannacone
                              Stephen J. Iannacone
                              Deputy Clerk

Civ 2 (8/2000)
41(b).frm